Case 1:26-cv-02512-CM Document 11 Filed 04/28/26 Page 1 of 1

595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

**STERN & SCHURIN LLP**
PATENTS TRADEMARKS COPYRIGHTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2026

April 28, 2026

**VIA ECF**
Hon. Colleen McMahon
U.S. District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, N.Y. 10007

Conference cancelled.
Case management Plan signed.
Colleen McMahon
7/28/2026

**Re:** **Andy Ryan Photogapher. LLC v. Halter Associates Realty, Inc.**
26-cv-02512

MEMO ENDORSED

Dear Judge McMahon:

This firm has recently been retained to represent Defendant Halter Associates Realty, Inc. ("Halter") in the above matter. We write pursuant to Your Honor's Individual Rules and with the consent of Plaintiff to request an extension of time to respond to Plaintiff's Complaint and for a corresponding thirty (30) day adjournment of the contingent Initial Pretrial Conference. (Dkt No. 8).

The parties have agreed to reset Defendant's time to respond to the Complaint to June 8, 2026, and herein jointly request a thirty (30) day adjournment of the contingent Initial Pretrial Conference now set for May 21, 2026.

The original deadline for Halter to Answer the Complaint is April 29, 2026. As noted, the date for the contingent Initial Pretrial Conference is May 21, 2026.

This is the first request for an extension and adjournment of these dates. Plaintiff has consented to these requests. Halter also respectfully submits that good cause exists for these requests because counsel has been recently retained and needs time to investigate the facts relating to this matter.

Respectfully submitted,
**STERN & SCHURIN LLP**
*Richard S. Schurin*

Richard S. Schurin