595 Stewart Avenue
Suite 510
Garden City, NY 11530
Tel. (516) 248-0300
Fax (516) 283-0277
www.SternSchurin.com

STERN & SCHURIN LLP
PATENTS TRADEMARKS COPYRIGHTS

October 20, 2026

**Via ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
500 Pearl Street, Room 910
New York, NY 10007

Application GRANTED. The conference scheduled for October 26, 2026 is adjourned sine die. The Clerk of Court is respectfully requested to terminate ECF 34.

Dated: October 20, 2026
New York, NY

SO ORDERED
[signature]
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

**Re:** ***Andy Ryan Photographer, LLC v. Halter Associates Realty Inc., et al.***
**26-cv-02512-CM-RFT**

Dear Judge Tarnofsky,

This firm represents Defendant Halter Associates Realty Inc. in the above-referenced action. We write jointly with counsel for Plaintiff Andy Ryan Photographer LLC, pursuant to Rule I(D) of Your Honor's Individual Practice Rules, to request an adjournment of the October 26, 2026 conference scheduled pursuant to the Court's September 29, 2026 Order (ECF No. 33).

Good cause exists for this requested adjournment as the parties are pleased to advise the Court that they have reached a settlement in principle subject to execution of a written agreement. Accordingly, the parties respectfully request that the October 26, 2026 conference be adjourned sine die while they work to finalize and execute a formal settlement agreement.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

**STERN & SCHURIN LLP**

By: *Richard S. Schurin*
Richard S. Schurin
Maya Addady
595 Stewart Avenue, Suite 510
Garden City, New York 11530
Tel: (516) 248-0300
Email: rschurin@sternschurin.com
*Counsel for Defendant Halter Associates Realty Inc.*

**DONIGER / BURROUGHS**

By: /s/
Scott Burroughs
David Jenkins
247 Water Street, First Floor
New York, NY 10038
847-999-8585
Email: djenkins@donigerlawfirm.com
*Counsel for Plaintiff Andy Ryan Photographer LLC*